UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
EDELMIRA GUERRERO, *individually, and on behalf of* :
*all others similarly situated*, :
:
                           Plaintiff, :        22-CV-0142 (JMF)
:
            -v- :        <u>ORDER</u>
:
AUTONATION, INC., :
:
                           Defendant. :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the fact that Defendant has now entered an appearance, *see* ECF No. 8, the parties are directed to submit their joint letter, the contents of which are described in ECF No. 5, no later than **two weeks from the date of this Order**.

      SO ORDERED.

Dated: March 8, 2022
       New York, New York
                                             _____
                                                 JESSE M. FURMAN
                                             United States District Judge